IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   Plaintiff,<br><br>v.<br><br>DAMIAN GALINDO HUERTA<br><br>   Defendant. | 2:25-CR-120-Z-BR-(1) |

**ORDER ADOPTING REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

On February 23, 2026, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Damian Galindo Huerta filed no objections to the Report and Recommendation within the fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant Damian Galindo Huerta was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant Damian Galindo Huerta; and ADJUDGES Defendant Damian Galindo Huerta guilty of Count Two in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(i). Sentence will be imposed in accordance with the Court's sentencing scheduling order.

**SO ORDERED**, March 11, 2026.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE